JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA FORSYTHE, an individual<br><br>Plaintiff,<br><br>v.<br><br>KAPLAN HIGHER EDUCATION CORPORATION, a corporation; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 5:10-CV-00626-JVS-PLA<br><br>Hon. James V. Selna, Courtroom 10C<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: March 29, 2010 |

The Court, having considered the parties' Stipulation to Dismiss Entire Action With Prejudice, and finding it supported by good cause, hereby orders as follows:

1.      This action and all of the claims that have been asserted in this action shall be dismissed with prejudice and without attorney's fees and costs to either party.

DATED: December 10, 2010

By _____

Honorable James V. Selna
Judge, Untied States District Court

1

12945895v.1